## MEMORANDUM DECISIONS.

**1**

Salvadore COMANDO, Plaintiff in Error, v. ERIE R. CO., Defendant in Error. (Circuit Court of Appeals, Sixth Circuit. July 2, 1924.) No. 3987. Error from the District Court of the United States for the Eastern Division of the Northern District of Ohio; Paul Jones, Judge. Benjamin D. Holt, of Cleveland, Ohio (John Ruffalo, of Youngstown, Ohio, on the brief), for plaintiff in error. Cook, McGowan, Foote, Bushnell & Lamb, of Cleveland, Ohio, for defendant in error. Before DENISON and DONAHUE, Circuit Judges, and HICKENLOOPER, District Judge.

PER CURIAM. This case must be affirmed on the authority of Industrial Commission v. Davis, 259 U. S. 182, 42 Sup. Ct. 489, 66 L. Ed. 888. Giving plaintiff the benefit of the doubt and assuming that there was an expressed, though revocable, intention to return the engine to interstate service at an unknown future time, when the repairs should be finished, we think this does not make a substantial distinction between the cases.

**2**

Charles R. HANNAN, Jr., and Hazel Hannan Van Brunt, Appellants, v. Matthew SLUSH, Security Trust Company, Luella Hannan, Guy S. Greene, Clay A. Greene, Children's Aid Society of Detroit, Michigan, and Frank E. Hannan, Appellees. (Circuit Court of Appeals, Sixth Circuit. July 3, 1924.) No. 3908. Appeal from the District Court of the United States for the Eastern District of Michigan; Arthur J Tuttle, Judge. John R. Rood, of Detroit, Mich., and Addison G. Kistle, of Council Bluffs, Iowa (George S. Wright, of Council Bluffs, Iowa, on the brief), for appellants. Alfred Lucking and Thomas G. Long, both of Detroit, Mich. (Lucking, Helfman, Lucking & Hanlon, Stevenson, Carpenter, Butzel & Backus, and William L. Carpenter, all of Detroit, Mich., on the brief), for appellees. Before DENISON, MACK, and DONAHUE, Circuit Judges.

PER CURIAM: Except that here the plaintiffs are children of a deceased brother, instead of being the brother of William W. Hannan, deceased, this case is identical with that of Frank E. Hannan v. Greene et al., 199 N. W. 426, decided by the Supreme Court of the state of Michigan jointly with the appeal of Frank E. Hannan, in the Matter of the Estate of William W. Hannan, Deceased, 199 N. W. 423, opinion filed on June 18, 1924. We concur fully in the conclusions therein reached and in the reasons therefor as therein expressed. While the decree of the District Court (283 Fed. 211) does not recite that the dismissal was for want of jurisdiction, it is clear from the accompanying opinion that it was dismissed on this ground. We have heretofore held that there was jurisdiction, and at the request of all parties we have considered the case on its merits. The decree of dismissal will therefore be modified, so as to show that the bill is dismissed for want of equity, and, as modified, it is affirmed.